UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC MARKETING COOPERATIVE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIMARE FRESH, INC., )<br>)<br>Defendant. )<br>_____ ) | CIV-F-06-1404 AWI<br><br>ORDER VACATING HEARING DATE OF MARCH 26, 2007 AND TAKING MATTER UNDER SUBMISSION |

Defendant has made a motion to stay the case pending resolution of an administrative proceeding before the USDA. Doc. 19.  Plaintiff has filed an opposition and Defendant has filed a reply. Docs. 26 and 27.  The hearing for the motion was set for March 26, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 26, 2007 is VACATED, and no party shall appear at that time.  As of March 26, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 20, 2007                      /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE