# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC MARKETING COOPERATIVE, INC., | CIV-F-06-1404 AWI |
| Plaintiff/Appellant, | ORDER REQUIRING BRIEFING ON JURISDICTION |
| v. | |
| DIMARE FRESH, INC., | |
| Defendant/Appellee. | |

Sun Pacific has appealed a PACA Reparation Order issued by the Judicial Officer of the U.S. Department of Agriculture dated August 22, 2008. Sun Pacific alleges this court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. 1338(a), and 7 U.S.C. §499g(c) and states "Venue in the Fresno Division of the United States District court for the Eastern District of California has been consented to b[y] the parties." Doc. 41, Petition, at 1:26-2:2. DiMare concurs with Sun Pacific on these matters. Doc. 43, Response, at 1:26.

Title 28 U.S.C. §1331 sets out federal question jurisdiction. Title 28 U.S.C. §1338(a) grants the district court original jurisdiction of "any civil action arising under any Act of Congress relating to Patents, plant variety protection, copyrights and trademarks." Title 7 U.S.C. §499g(c) states, "Either party adversely affected by the entry of a reparation order by the Secretary may, within thirty days from and after the date of such order, appeal therefrom to the district court of the United States for the district in which said hearing was held: Provided, That

in cases handled without a hearing in accordance with paragraphs (c) and (d) of section 6 [7 U.S.C. §499f(c), (d)] or in which a hearing has been waived by agreement of the parties, appeal shall be to the district court of the United States for the district in which the party complained against is located."

     This matter is styled as an appeal of the Reparation Order.  Further there is no allegation that the case involves plant variety protection. 28 U.S.C. §1331 and §1338(a) do not appear to be applicable.  Upon initial review, 7 U.S.C. §499g(c) straightforwardly specifies where appeal of the Reparation Order must be taken.  Sun Pacific has stated that "An Oral Hearing was held before Gary F. Ball of the Office of the General Counsel on December 11-12, 2007, in Los Angeles, California. At the hearing, the parties were given an opportunity to present testimony and submit evidence." Doc. 44, August 22, 2008 Order, at 18.  The court thus raises the question of subject matter jurisdiction over this appeal.

     Sun Pacific is directed to file a brief substantiating its assertion that jurisdiction/venue is proper in Fresno by 4:00 PM on Tuesday, November 25, 2008.

     DiMare may file a response on the matter by 4:00 PM on Monday, December 15, 2008.

     A hearing on this matter is set for 1:30 PM on Monday, December 22, 2008.  Should appeal in this district prove to be improper, transfer of the case will be contemplated.

IT IS SO ORDERED.

**Dated:**   **November 4, 2008**                    /s/ **Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE