1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| **SUN PACIFIC MARKETING COOPERATIVE, INC.,** | **CIV-F-06-1404 AWI** |
| **Plaintiff**, | **ORDER VACATING HEARING DATE OF DECEMBER 22, 2008 AND TAKING MATTER UNDER SUBMISSION** |
| **v.** | |
| **DIMARE FRESH, INC.,** | |
| **Defendant**. | |

        On November 5, 2008, the court raised the issues of subject matter jurisdiction and venue, requiring the parties to provide briefing and setting a hearing for December 22, 2008 at 1:30 PM.  Plaintiff and Defendant have filed their briefs.  The court has reviewed the filings and has determined that a hearing is not necessary.

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 22, 2008 is VACATED, and no party shall appear at that time.  The court will thereafter issue an order addressing subject matter jurisdiction and venue.


IT IS SO ORDERED.

Dated:    **December 17, 2008**                    **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

1