# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

SUN PACIFIC MARKETING
COOPERATIVE, INC.,

       Plaintiff/Appellant,

vs.

DIMARE FRESH, INC.,

       Defendant/Appellee.

_____/

Case No.: 1:06-cv-01404-AWI-GSA

ORDER GRANTING STIPULATION

Pursuant to the parties' stipulation:

Sun Pacific shall be permitted until noon, Wednesday April 1 to file and serve its opposition to DiMare's Motion for Summary Judgment. In order to avoid any change to the April 13 hearing on DiMare's Motion for Summary Judgment, DiMare shall file its reply in accordance with the time provisions set forth in the local rules of this Court.

IT IS SO ORDERED.

**Dated:   March 30, 2009**            /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE