# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC MARKETING COOPERATIVE, INC., )<br>)<br>Plaintiff/Appellant, )<br>)<br>v. )<br>)<br>DIMARE FRESH, INC., )<br>)<br>Defendant/Appellee, )<br>_____ ) | 06-cv-1404 AWI GSA<br><br><br>AMENDED SCHEDULING CONFERENCE ORDER |

Upon consideration of the stipulation of the parties filed on July 31, 2009, the Scheduling Order issued on February 25, 2009 is modified as follows :

Non- Expert Discovery: October 1, 2009

Expert Disclosure: October 12, 2009

Supplemental Expert Disclosure: October 26, 2009

Expert Discovery: November 23, 2009

Filing of Non-Dispositive Motions: December 7, 2009

Filing of Dispositive Motions: December 15, 2009

Pretrial Conference: March 10, 2010 at 8:30 am before AWI

Trial: May 4, 2010 at 8:30 am before AWI

//

1    It should be noted that the pretrial and trial dates proposed by the parties were slightly
2 modified to accommodate Judge Ishii's calendar.  The parties are advised that all other orders
3 outlined in the Scheduling Order issued on February 25, 2009 remain in full force and effect.
4    IT IS SO ORDERED.
5    Dated:   **August 11, 2009**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE