Lawrence H. Meuers (SBN 197663)
Katy Koestner Esquivel (Pro Hac Vice)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
*Attorneys for Plaintiff Sun Pacific*

Stephen P. McCarron (Pro Hac Vice)
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016
Tel: 202-364-0400

James H. Wilkins (SBN 116364)
WILKINS, DROLSHAGEN
& CZESHINSKI, LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Tel: 559-438-2390
*Attorneys for Defendant DiMare Fresh*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| **SUN PACIFIC MARKETING COOPERATIVE, INC.,**<br><br>**Plaintiff/Appellant,**<br><br>vs.<br><br>**DIMARE FRESH, INC.,**<br><br>**Defendant/Appellee.** | Case No.: 1:06-cv-01404-AWI-LJO<br><br>**STIPULATION AND ORDER TO ENLARGE NON-EXPERT DISCOVERY DEADLINE** |

**STIPULATION TO ENLARGE DISCOVERY DEADLINE**

1. On July 23, 2009, this Court entered an Order[1] extending the deadline for non-expert discovery to October 1, 2009.

2. Since entry of that Order, Plaintiff Sun Pacific Marketing Cooperative, Inc. has issued document subpoenas to a number of non-parties, has scheduled the depositions of representatives of Defendant DiMare Fresh, Inc. and several non-party

---
[1] DE 81.

witnesses for August 31 and September 1, and has filed a Motion to Compel[2] better responses from DiMare to discovery requests. A hearing on Sun Pacific's Motion to Compel is scheduled for September 4, 2009.

3. On Monday, August 17, 2009, Defendant DiMare filed a Motion for Protective Order[3] seeking to limit the scope of Sun Pacific's non-party discovery, as well as the scope of discovery between the parties.

4. Given the September 4 hearings, the parties will not have sufficient time to complete discovery prior to the October 1 deadline.

5. The parties therefore stipulate to enlarge the period for non-expert discovery until 45 days after this Court rules on Plaintiff's Motion to Compel and Defendant DiMare Fresh, Inc.'s Motion for Protective Order.

6. The stipulated enlargement of time is not expected to impact any of the other deadlines set forth in this Court's Amended Scheduling Conference Order.[4]

Respectfully submitted on Wednesday, August 19, 2009.

**McCARRON & DIESS**

s/ Stephen P. McCarron
Stephen P. McCarron
*Admitted Pro Hac Vice*
4900 Massachusetts Avenue, NW
Suite 310
Washington, DC  20016
Telephone: (202)364-0400
Facsimile: (202) 364-2731
smccarron@mccarronlaw.com

*Attorneys for Defendant DiMare Fresh*

Dated: August 19, 2009

**MEUERS LAW FIRM, PL**

/s/ Lawrence H. Meuers
Lawrence H. Meuers
*California Bar No.: 197663*
Katy Koestner Esquivel
*Admitted Pro Hac Vice*
5395 Park Central Court
Naples, Florida 34109-5932
Telephone:  (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff/Appellant*

**SO ORDERED:**

/s/ Gary S. Austin
Gary S. Austin
United States Magistrate Judge

---

[2] DE 84.
[3] DE 86.
[4] DE 85.