Lawrence H. Meuers (SBN 197663)
Katy Koestner Esquivel (Pro Hac Vice)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
*Attorneys for Plaintiff Sun Pacific*

Stephen P. McCarron (Pro Hac Vice)
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016
Tel: 202-364-0400

James H. Wilkins (SBN 116364)
WILKINS, DROLSHAGEN
& CZESHINSKI, LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Tel: 559-438-2390
*Attorneys for Defendant DiMare Fresh*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **SUN PACIFIC MARKETING COOPERATIVE, INC.,**<br><br>      **Plaintiff/Appellant,**<br><br>   vs.<br><br>**DIMARE FRESH, INC.,**<br><br>      **Defendant/Appellee.** | Case No.: 1:06-cv-01404-AWI-LJO<br><br>**ORDER RE: STIPULTATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |

### STIPULATION TO ENLARGE DISCOVERY DEADLINE

1.   March 16, 2010 is the current deadline for the parties to complete non-expert discovery. [1]

2.   Both parties have pending motions to compel discovery scheduled to be heard on March 26, 2010.

---

[1] Second Amended Scheduling Conference Order, DE 95.

3. Given the pending motions, coupled with the parties' ongoing efforts to narrow or wholly resolve those motions, discovery cannot be completed prior to the March 16 deadline.

4. The parties thus stipulate to enlarge the period for non-expert discovery until May 1, 2010.

5. The stipulated enlargement of time <u>will not</u> impact the remaining deadlines in the Second Amended Scheduling Conference Order, which are:

```
Expert Disclosure: ..........................................................March 29, 2010
Supplemental Expert Disclosure: ................................... April 12, 2010
Expert Discovery: ...............................................................May 7, 2010
Filing of Non-Dispositive Motions: .................................May 14, 2010
Filing of Dispositive Motions: ..........................................May 31, 2009
Pretrial Conference: .............. August 26, 2010 at 8:30 am before AWI
Trial: ......................................October 19, 2010 at 8:30 am before AWI
```

Respectfully submitted on Monday, March 15, 2010.

| **McCARRON & DIESS** | **MEUERS LAW FIRM, PL** |
|---|---|
| s/ Stephen P. McCarron | /s/ Lawrence H. Meuers |
| Stephen P. McCarron | Lawrence H. Meuers |
| *Admitted Pro Hac Vice* | *California Bar No.: 197663* |
| 4900 Massachusetts Avenue, NW | Katy Koestner Esquivel |
| Suite 310 | *Admitted Pro Hac Vice* |
| Washington, DC  20016 | 5395 Park Central Court |
| Telephone: (202)364-0400 | Naples, Florida 34109-5932 |
| Facsimile: (202) 364-2731 | Telephone:  (239) 513-9191 |
| smccarron@mccarronlaw.com | Facsimile: (239) 513-9677 |
|  | lmeuers@meuerslawfirm.com |
| *Attorneys for Defendant DiMare Fresh* | kesquivel@meuerslawfirm.com |
|  | *Attorneys for Plaintiff/Appellant* |

///

///

///

///

///

///

///

**ORDER**

The Court has reviewed the parties' request to extend the non-expert discovery deadline in this case.  It is unclear from the stipulation if the extension request relates only to the disputed items in the pending motions to compel or if it relates to other discovery as well.  The Court is not opposed to extending the discovery deadlines to give the parties the opportunity to complete the disputed discovery, but it will not adopt the extension request of the non-expert discovery dates at this time since there have already been numerous requests for extensions.

The Court will extend the non-expert discovery deadlines as part of the order it issues on the motions to compel. Any other extension requests will be addressed at the hearing on March 26, 2010.  If the parties are able to resolve the discovery disputes prior to the hearing, another stipulation to extend the non-expert discovery deadline shall be submitted that outlines a new date and the specific discovery that needs to be completed.

Dated: March 15, 2010.                    **IT IS SO ORDERED:**

<u>/s/ Gary S. Austin</u>
Gary S. Austin
United States Magistrate Judge