Lawrence H. Meuers (SBN 197663)
Katy Koestner Esquivel (Pro Hac Vice)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone:  (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com
*Attorneys for Plaintiff Sun Pacific*

Stephen P. McCarron (Pro Hac Vice)
MCCARRON & DIESS
4530 Wisconsin Ave, NW, Suite 301
Washington, DC   20016
Telephone: (202) 364-0400
Facsimile:  (202) 364-2731
smccarron@mccarronlaw.com

James H. Wilkins (SBN 116364)
WILKINS, DROLSHAGEN & CZESHINSKI, LLP
6785 N. Willow Avenue
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile:  (559) 438-2393
j.wilkins@wdcllp.com
*Attorneys for Defendant DiMare Fresh*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **SUN PACIFIC MARKETING COOPERATIVE, INC.,**<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>**DIMARE FRESH, INC.,**<br><br>Defendant/Appellee. | Case No.: 1:06-cv-01404-AWI-GSA<br><br>Hearing Date: ........Friday, March 26, 2010<br>Time: .......................9:00 a.m.<br>Courtroom:.............10<br>**Magistrate Judge Gary Austin**<br><br>(Docs. 98 and 101) |

### JOINT STIPULATION RESOLVING MOTIONS TO COMPEL

The parties have resolved the Defendant's Motion to Compel [Doc. 98] and Plaintiff's Motion to Compel [Doc. 101], and stipulate as follows:

1. The production provided for in this Stipulation shall take place within 20 days of entry of an order approving this Stipulation.

2. **Defendant's Motion to Compel**

   a) *Request Nos. 6-8, 10*

   The parties agree that the scope of these requests shall be limited to the time period between August 10 and October 31, 2006, and shall be further limited to the sizes and varieties of tomatoes set forth the in the parties' contract that is the subject of this case.

   Sun Pacific shall produce responsive documents or certify that, after a diligent search, no responsive documents exist that are in the possession, custody or control of Sun Pacific.

   b) *Request No. 12*

   The parties agree that Sun Pacific shall produce copies of invoices for the sale of 6x7, 6x6, 5x6, and 5x5 gas green round tomatoes and invoices for Roma tomatoes sold between August 10 and October 31, 2006.

   c) *Request Nos. 13-15*

   DiMare withdraws its request to compel production of Request Nos. 13-15 as Sun Pacific has produced the documents requested therein.

3. **Plaintiff's Motion to Compel**

   a) *Requests 32-34*

   This Court's Order dated December 4, 2009 [DE 91] requires DiMare to produce phone records for the time period between October 4 and October 14, based upon the appearance that "…most of the communication regarding the termination of the Original Contract and the Provisional Contract occurred between October 4 through October 14." In fact, the Contract that is the subject of this case was terminated by Sun Pacific in late August, or early September, 2006, not October, 2006.

   The parties stipulate to exchange phone records in response to Plaintiff's Requests 32-34 and Defendant's Requests 13-15 for the time period between September 1 and September 14, 2006.

   b) *Requests 9 - 12, 15, and 23-25.*

   Sun Pacific has sought the production of electronically stored information, including emails and faxes in response to these requests. DiMare shall produce an affidavit from its chief information officer stating that a search of DiMare's servers and hard drives has been conducted

under his or her supervision, and no responsive electronically stored information exists.

Respectfully submitted on Monday, March 22, 2010.

| **McCARRON & DIESS** | **MEUERS LAW FIRM, PL** |
|---|---|
| _____/s/ Stephen P. McCarron_____<br>Stephen P. McCarron<br>*Admitted Pro Hac Vice*<br>4900 Massachusetts Avenue, NW<br>Suite 310<br>Washington, DC  20016<br>Telephone: (202)364-0400<br>Facsimile: (202) 364-2731<br>smccarron@mccarronlaw.com<br><br>*Attorneys for Defendant DiMare Fresh* | _____/s/ Katy Koestner Esquivel_____<br>Lawrence H. Meuers<br>*California Bar No.: 197663*<br>Katy Koestner Esquivel<br>*Admitted Pro Hac Vice*<br>5395 Park Central Court<br>Naples, Florida 34109-5932<br>Telephone:  (239) 513-9191<br>Facsimile: (239) 513-9677<br>lmeuers@meuerslawfirm.com<br>kesquivel@meuerslawfirm.com<br><br>*Attorneys for Plaintiff/Appellant* |

### ORDER

In light of the joint stipulation signed by the parties, Defendant's Motion to Compel (Doc. 98) and Plaintiff's Motion to Compel ([Doc. 101) are denied without prejudice as the motions are moot.  The hearing set for March 26, 2010 at 9:30 am is VACATED.

Dated: March 23, 2010.                           SO ORDERED:

/s/ Gary S. Austin
Gary S. Austin
United States Magistrate Judge