UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC MARKETING COOPERATIVE, INC., <br><br>　　　　Appellant, <br><br>　v. <br><br>DIMARE FRESH, INC., <br><br>　　　　Appellee. | CIV-F-06-1404 AWI GSA <br><br> ORDER PERMITTING THE FILING OF A DOCUMENT UNDER SEAL |

　　　Sun Pacific has requested that its Statement of Additional Undisputed Facts be filed under seal. The court has reviewed the document and finds that the document contains references to information that is the subject of protective orders in this case.

　　　The Clerk of Court is directed to file Sun Pacific's Statement of Additional Undisputed Facts in response to DiMare Fresh, Inc.'s Second Motion for Summary Judgment under seal.

IT IS SO ORDERED.

Dated:　July 17, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1