UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC MARKETING COOPERATIVE, INC.,<br><br>        **Appellant**,<br><br>    v.<br><br>DIMARE FRESH, INC.,<br><br>        **Appellee**. | CIV-F-06-1404 AWI GSA<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 7, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Both Appellant and Appellee have made motions to amend judgment. Docs. 166 and 169. Appellee has also made a motion for attorney's fees. Doc. 167. All motions have been properly opposed. The hearing for the motions was set for November 7, 2011 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 7, 2011 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 3, 2011

                                            CHIEF UNITED STATES DISTRICT JUDGE