# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUN PACIFIC MARKETING COOPERATIVE, INC.,**<br><br>    Appellant<br><br>    v.<br><br>**DIMARE FRESH, INC.,**<br><br>    Appellee | CASE NO. 1:06-CV-1404 AWI GSA<br><br>**ORDER VACATING HEARING DATE OF DECEMBER 2, 2013** |

Appellant Sun Pacific has made a motion for an order releasing bond and permitting alternate security. Doc. 186. Appellee DiMare Fresh opposes the motion. Doc. 187. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 2, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 26, 2013                                      _____
                                                                                       SENIOR DISTRICT JUDGE